## JENKINS v. JENKINS.

(Court of Appeals of District of Columbia. Submitted March 5, 1920. Decided May 3, 1920.)

No. 3322.

Divorce ☞184(6)—On appeal in equity from decree of divorce, sufficiency of evidence can be determined.

On appeal from a decree granting a divorce, with counsel fees and alimony, the court has the power in equity to determine the sufficiency of the issues of fact to sustain the decree.

Appeal from the Supreme Court of the District of Columbia.

Suit for divorce by Mamie P. Jenkins against George W. Jenkins. From a decree granting the divorce, with alimony and counsel fees, defendant appeals. Affirmed.

Geo. C. Gertman, of Washington, D. C., for appellant.

S. V. Hayden and J. A. Herbert, Jr., both of Washington, D. C., for appellee.

VAN ORSDEL, Associate Justice. This appeal by appellant, defendant below, is from a decree granting plaintiff a divorce and legal separation from bed and board, together with alimony and counsel fees.

The divorce was granted upon the ground of defendant's cruelty to plaintiff. We have examined the record carefully, and find the evidence ample to sustain the decree. Nor was there any abuse of discretion in the granting of alimony and counsel fees.

The case turns solely upon issues of fact, the sufficiency of which to sustain the decree we have the power in equity to determine. No good purpose would be subserved by an extended review of the evidence, since it applies peculiarly to the present case, and would have no value as a matter of precedent.

The decree is affirmed, with costs.

Affirmed.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes